# United States District Court
## Violation Notice

CVB Location Code: **SA44**

Violation Number: **7799852**
Officer Name (Print): **ARTHUR ROCHE**
Officer No.: **18775**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **8/21/2019 6:30-8PM**
Offense Charged: ☒ USC
**Sexual Abuse 18 USC 2242**

Place of Offense: **Carnival Ship Fantasy / At Sea**

Offense Description: Factual Basis for Charge:
**Attempted to touch Massage Technician and asked Massage Technician to touch his genitals**

### DEFENDANT INFORMATION
Phone: **251-525-1337**
Last Name: **SAMY**
First Name: **AMAL**
M.I.: **L**
Street Address: **16650 Highway 43**
City: **Mount Vernon**
State: **AL**
Zip Code: **36560**
Date of Birth: **05/04/1982**
Drivers License No.: **9832298**
D.L. State: **AL**
☒ Adult   Sex: ☒ Male
Hair: **BLK**   Eyes: **BRO**   Height: **5'10"**   Weight: **203**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $
Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: **Amalraj**

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **8/24**, 20**19** while exercising my duties as a law enforcement officer in the **Southern** District of **Alabama**

**AMAL RAJ LOURDHU SAMY attempted to touch in a sexual manner and propositioned Carnival Cruise Line Employee Ericka Meiling to perform a sexual act during a scheduled massage on 8/21/19 while the ship was at sea.**

**On 8/24/19 SAMY was interviewed by FBI Special Agent Roche. The interview was audio recorded. SAMY was advised of his Miranda Rights. SAMY denied removing the covering sheet during his massage and stated he did not ask Meiling to touch him sexually. SAMY was evasive when answering questions and finally did admit to being nude under the sheet covering him.**

**Carnival Ship Security witness statement from Meiling show that SAMY attempted to touch her several times, exposed himself by removing the covering sheet, and asked her to touch his genitals. Samy also touched his genitals during the massage.**

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/24/2019**   Officer's Signature: **Arthur Paul Roche FBI**

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident